IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTOPHER MARTIN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3817

Opinion filed November 14, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Christopher Martin, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the Order Denying "Second Amended Motion for Post Conviction Relief" rendered on June 9, 2014, in Gadsden County Circuit Court case number 2008-CF-A0407 is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

PADOVANO, WETHERELL, and SWANSON, JJ., CONCUR.